# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| East LA Properties, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>Surface Protection Industries, Inc., f/k/a Shanti Enterprises, f/k/a Zolatone Process, Inc., f/k/a Paramount Paint & Lacquer Co. and DOES 1-10, inclusive,<br><br>    Defendants. | Case No: 2:24-cv-06831-MWC-SSC<br><br>**ORDER ON STIPULATION FOR DISMISSAL (DKT. 25)**<br><br>**JS-6** |

**ORDER**

WHEREAS, Plaintiff East LA Properties, LLC ("Plaintiff" or "East LA") and Defendant Surface Protection Industries, Inc. ("SPI"), through their undersigned counsel of record, have stipulated to a dismissal without prejudice of all claims that these parties have asserted against each other in this litigation, and have jointly requested that the Court enter an Order dismissing this action without prejudice,

Finding good cause therefor, the Court enters the following order:

1. All of the claims in Plaintiff's complaint asserted against SPI are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

2. As specified in the Parties' Stipulation for Dismissal, each party shall bear its respective attorneys' fees and costs in this action.

**IT IS SO ORDERED.**

DATED: January 14, 2026

By: _____
Hon. Michelle Williams Court
UNITED STATES DISTRICT JUDGE